## ADELIDO DIAS v. THE STATE.

No. 5800.   Decided April 27, 1921.

**Juvenile—Transcript—Indictment—Practice on Appeal.**

In the absence in the record of either indictment or information, the conviction cannot be sustained, but a complaint being in the record, the judgment is reversed and the cause remanded.

Appeal from the District Court of Wichita.   Tried below before the Honorable Wm. M. Bonner.

Appeal from a conviction of a juvenile delinquent; penalty, five years in the Juvenile Training School.

The opinion states the case.

No brief on file for appellant.

*R. H. Hamilton*, Assistant Attorney, General, for the State.

MORROW, PRESIDING JUDGE.—The appellant is under conviction as a juvenile delinquent.

In the record we find neither indictment nor information.   In the absence of one of these a conviction must fall.

A complaint is found, and upon this it is possible that the information may yet be filed.   We do not therefore order the prosecution dismissed but reverse the judgment and remand the cause.

*Reversed and remanded.*